**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2679

United States of America

Appellant

v.

Steve Simon, in his official capacity as Secretary of State for the State of Minnesota, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-03761-KMM)

---

**ORDER**

The government's motion for an expedited appeal is granted to the extent it seeks expedited briefing but denied to the extent it seeks an expedited decision after submission of the case to the court. The brief dates proposed by the government are accepted. Appellant's brief is due August 28, 2026, Appellees' brief is due September 11, 2026, and the reply brief is due September 18, 2026. Amicus curiae briefs are due on the same day as the brief of the party an amicus supports.

August 25, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler