UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: United States vs. Steve Simon, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-2679 for the following party(s): (please specify)

League of Women Voters Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**


Attorney Name: Sophia Lin Lakin s/: Sophia Lin Lakin

Firm Name: American Civil Liberties Union Foundation

Business Address: 125 Broad St., Fl. 18

City/State/Zip: New York, NY 10004

Telephone Number (Area Code): (212) 549-2500

Email Address: slakin@aclu.org


---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 08/28/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: