UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: United States vs. Steve Simon, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-2679 for the following party(s): (please specify)

Steve Simon and State of Minnesota

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Lindsey Middlecamp s/: Lindsey Middlecamp

Firm Name: Minnesota Attorney General's Office

Business Address: 445 Minnesota Street, Suite 600

City/State/Zip: Saint Paul, Minnesota, 55101

Telephone Number (Area Code): 651-300-0711

Email Address: lindsey.middlecamp@ag.state.mn.us

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 9/1/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: