UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: UNITED STATES OF AMERICA vs. STEVE SIMON et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-2679 for the following party(s): (please specify)

Amicus Curiae Local Election Officials and Local Governments - see Appendix A attached.

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Christine Bass s/: Christine Bass

Firm Name: Public Rights Project

Business Address: 490 43rd Street, #115

City/State/Zip: Oakland, CA 94609

Telephone Number (Area Code): (510) 214-6960

Email Address: christine.bass@publicrightsproject.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 09/14/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

## APPENDIX A – List of *Amici Curiae*

### LOCAL GOVERNMENTS

City of Minneapolis, Minnesota

City of Ann Arbor, Michigan

City of Boston, Massachusetts

County of King, Washington

County of Los Angeles, California

Milwaukee County, Wisconsin

City of New Haven, Connecticut

City of Rochester, New York

County of San Diego, California

City of San Diego, California

### LOCAL GOVERNMENT OFFICIALS

Lisa Brown
*Clerk/Register of Deeds, Oakland County, Michigan*

Bill Burgess
*Clerk, Marion County, Oregon*

Juan Cervantes
*Recorder & Registrar of Voters, County of Humboldt, California*

Rich Coglianese
*Board of Elections Member, Union County, Ohio*

Lisa Deeley
*Commissioner, City and County of Philadelphia, Pennsylvania*

Jilline Dobratz
*Clerk, City of West Bend, Wisconsin*

Commissioner Justin Douglas
*Commissioner, County of Dauphin County, Pennsylvania*

Anjela Hamm
*Clerk, Farmington Township, Wisconsin*

Nicole Hunt
*Clerk, Pine Grove Township, Wisconsin*

Kristina Irwin
*Clerk/Treasurer, Village of Endeavor, Wisconsin*

Lisa Lawitzke
*Clerk, Bellevue Township, Michigan*

Nicholas Lima
*Registrar/Director of Elections, City of Cranston, Rhode Island*

Dean C. Logan
*Registrar-Recorder/County Clerk, County of Los Angeles, California*

Robin Major
*Elections Administrator, County of Monmouth, New Jersey*

Neil Makhija
*Commissioner and Board of Elections Chair, Montgomery County, Pennsylvania*

Chris Walker
*Clerk, Jackson County, Oregon*