**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:** Christopher Thomas Casamassima
**cc:** Mairead C. Ahlbach
Julianna D. Astarita
Meredith L. Baker
Allen Cook Barr
Christine Bass
Angela Behrens
Brittany E. Bennett
Noah Bokat-Lindell
Andrew G. Braniff
John Casali
Edward G. Caspar
Gillian Cassell-Stiga
Gregory Clarick
Sybil Louise Dunlop
Amy E. Erickson
Brent Ferguson
Andrew J. Frackman
Robert F. Golan-Vilella
David N. Goldman
Ashley Hall
Kate Hamilton
Samantha Heyward
Sejal Jhaveri
Kevin Ronald Kowalewski
David Kumagai
Sophia Lin Lakin
Justin Lam
Theresa J. Lee
Daniel S. Lenz
David P. McKinney
Daniel Meteer
Anton Metlitsky
Catherine Meza
Lindsey E. Middlecamp
Teresa Nelson
Uzoma Nkem Nkwonta
Maura Eileen O'Connor
Renata O'Donnell
Sara R. Orton
Andrew J. Pieper
Pierce Rose
Reema Shah

Kshithij Shrinath
Katherine M. Swenson
James Thomas Tucker
Robert Neil Weiner
Patricia Jia Yan

**DATE:** September 15, 2026

**RE:** 26-2679 United States v. Steve Simon, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

___X___ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)

___x___ References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document **(App._____ R. Doc. _____ , at _____ .) Please use this format for references to the appendix and district court docket.**

Again, your brief cannot be filed until you correct the defect. Failure to correct may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.

CRJ