No. 26-2679

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, et al.,

*Defendants-Appellees*,

MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND, et al.,

*Intervenor-Defendants-Appellees*.

Appeal from the United States District Court for the District of Minnesota
District Court Civil No. 25-cv-3761-KMM-EMB
District Court Judge Katherine M. Menendez

## CERTIFICATE OF SERVICE OF PAPER COPIES

I, Uzoma N. Nkwonta, hereby certify that on September 16, 2026, I caused paper copies of the Brief of Intervenor-Defendants-Appellees Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez to be sent through Standard Overnight Federal Express (and for counsel for the United States, who has listed a P.O. Box business address, through USPS Priority Express) with ten copies sent to the Clerk of Court for the United States Court of Appeals for the Eighth Circuit, and one copy to each of the following counsel:

Andrew G. Braniff
U.S. Department of Justice



Appellate Case: 26-2679 Page: 1 Date Filed: 09/16/2026 Entry ID: 5684624

Civil Rights Division
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
*Counsel for Plaintiff-Appellant*
*United States of America*

Angela Behrens
Minnesota Attorney General's Office
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
*Counsel for Defendants-Appellees*
*Secretary Steve Simon and State of Minnesota*

Andrew J. Pieper
Stoel Rives LLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
*Counsel for Intervenor-Defendants-Appellees*
*League of Women Voters of Minnesota,*
*Common Cause, Jennifer Compeau,*
*and Valerie Mangskau*

Anton Metlitsky
O'Melveny & Myers LLP
1301 Ave. of the Americas, Ste. 1700
New York, NY 10019
*Counsel for Intervenor-Defendants-Appellees*
*National Association for the Advancement of Colored People*
*and Cynthia Wilson*

Gregory A. Clarick
Clarick & Gueron Reisbaum LLP
41 Madison Avenue, 23rd Floor
New York, NY 10010
*Counsel for Amici Curiae*
*J. Morgan Kousser, James Peyton McCrary,*
*and Orville Vernon Burton*

Christine Bass
Public Rights Project
490 43rd Street, #115
Oakland, CA 94609
*Counsel for Amici Curiae*
*Local Election Officials and Local Governments*

Sejal Jhaveri
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
*Counsel for Amici Curiae*
*Campaign Legal Center and Brennan Center for Justice*

Christopher T. Casamassima
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
*Counsel for Amicus Curiae*
*Electronic Privacy Information Center*

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
(202) 948-1135
unkwonta@elias.law
*Counsel for Minnesota Alliance for*
*Retired Americans Educational Fund*
*and Misael Hernandez*