**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 21, 2026

Christopher Thomas Casamassima
WILMER & CUTLER
Suite 2400
350 S. Grand Avenue
Los Angeles, CA 90071

RE: 26-2679 United States v. Steve Simon, et al

Dear Counsel:

The amicus curiae brief of the Electronic Privacy Information Center has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Susan E. Bindler
Clerk of Court

CRJ

Enclosure(s)

cc: Mairead C. Ahlbach
Julianna D. Astarita
Meredith L. Baker
Allen Cook Barr
Christine Bass
Angela Behrens
Brittany E. Bennett
Noah Bokat-Lindell
Andrew G. Braniff
John Casali
Edward G. Caspar
Gillian Cassell-Stiga

Gregory Clarick
Rodkangyil Orion Danjuma
Jared Fletcher Davidson
Sybil Louise Dunlop
Amy E. Erickson
R. Brent Ferguson
Andrew J. Frackman
Leah Frazier
Robert F. Golan-Vilella
David N. Goldman
Ashley Roze Claire Hall
Katherine Hamilton
Samantha Heyward
Sejal Jhaveri
Kevin Ronald Kowalewski
David Kumagai
Sophia Lin Lakin
Justin Lam
Theresa J. Lee
Daniel Spector Lenz
David P. McKinney
Daniel Meteer
Anton Metlitsky
Catherine Meza
Lindsey E. Middlecamp
Teresa Nelson
Uzoma Nkem Nkwonta
Maura Eileen O'Connor
Renata O'Donnell
Sara R. Orton
Andrew J. Pieper
Pierce Rose
Reema Shah
Kshithij Shrinath
Katherine M. Swenson
James Thomas Tucker
Robert Neil Weiner
Patricia Jia Yan

District Court/Agency Case Number(s): 0:25-cv-03761-KMM