ELIAS LAW GROUP

250 Massachusetts Avenue NW, Suite 400 | Washington, DC 20001

September 21, 2026

**VIA CM/ECF**

Susan E. Bindler, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Eighth Circuit
111 South 10th Street, Room 24.329
St. Louis, MO 63102

**Re: Rule 28(j) Letter Submitted in *United States v. Simon*, Case No. 26-2679**

Dear Clerk Bindler:

Pursuant to Rule 28(j), Defendants-Appellees Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez advise the Court of the U.S. District Court for the District of Vermont's recent decision dismissing the parallel case seeking Vermont's unredacted voter file in *United States v. Copeland Hanzas*, No. 2:25-CV-903-MKL, 2026 WL 2754349 (D. Vt. Sep. 17, 2026). With the decision in *Copeland Hanzas*, 24 district courts have now dismissed cases like this one; not one court has allowed a similar case to proceed. *See* Br. of Defendants-Appellees Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez at 10 & n.8.

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta
Robert Golan-Vilella
Julianna D. Astarita
Kevin R. Kowalewski
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Ste. 400
Washington, DC 20001
Tel.: (202) 948-1135

unkwonta@elias.law
rgolanvilella@elias.law
jastarita@elias.law
kkowalewski@elias.law

Sybil L. Dunlop
Katherine M. Swenson
Kshithij Shrinath
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
kswenson@greeneespel.com
kshrinath@greeneespel.com

*Attorneys for Defendants-Appellees Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez*

cc: All Counsel (via CM/ECF)

ELIAS LAW GROUP

250 Massachusetts Avenue NW, Suite 400 | Washington, DC 20001



**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 21, 2026

/s/ *Uzoma N. Nkwonta*
Uzoma N. Nkwonta