ELIAS
LAW
GROUP

250 Massachusetts Avenue NW, Suite 400 | Washington, DC 20001

November 12, 2026

**VIA CM/ECF**

Susan E. Bindler, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Eighth Circuit
111 South 10th Street, Room 24.329
St. Louis, MO 63102

**Re: *United States v. Simon*, Case No. 26-2679 — Rule 28(j) Letter**

Dear Clerk Bindler:

Pursuant to Rule 28(j), Intervenor-Defendants-Appellees Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez advise the Court of three recent decisions in which federal district courts have dismissed parallel cases seeking the unredacted statewide voter lists of Delaware, Utah, and Georgia, respectively. *See United States v. Albence*, No. 25-cv-1453-RGA, 2026 WL 3407115 (D. Del. Nov. 10, 2026); *United States v. Henderson*, No. 2:26-cv-166-DBB-DAO, 2026 WL 3181405 (D. Utah Oct. 23, 2026); *United States v. Raffensperger*, No. 1:26-cv-485-VMC, 2026 WL 3002013 (N.D. Ga. Sep. 30, 2026). With these decisions, 28 district courts have now dismissed cases like this one; not one court has allowed a similar case to proceed. *See* Br. of Intervenor-Defendants-Appellees at 10 & n.8.

Respectfully submitted,

<u>*/s/ Uzoma N. Nkwonta*</u>
Uzoma N. Nkwonta
Robert Golan-Vilella
Julianna D. Astarita
Kevin R. Kowalewski
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Ste. 400

Washington, DC 20001
Tel.: (202) 948-1135
unkwonta@elias.law
rgolanvilella@elias.law
jastarita@elias.law
kkowalewski@elias.law

Sybil L. Dunlop
Katherine M. Swenson
Kshithij Shrinath
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
kswenson@greeneespel.com
kshrinath@greeneespel.com

*Attorneys for Intervenor-Defendants-Appellees*
*Minnesota Alliance for Retired Americans*
*Educational Fund and Misael Hernandez*

ELIAS
LAW
GROUP

250 Massachusetts Avenue NW, Suite 400 | Washington, DC 20001



**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 12, 2026

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta