**U.S. Department of Justice**

Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, DC 20044-4403*

November 18, 2026

**VIA CM/ECF**

Susan E. Bindler, Clerk of Court
Office of the Clerk
United States Court of Appeals
for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

Re: *United States v. Simon*, *et al.*, No. 26-2679 (8th Cir.)—Response to Intervenor-Defendants-Appellees Minnesota Alliance for Retired Americans Education Fund and Misael Hernandez's Rule 28(j) Letter

Dear Ms. Bindler:

The United States hereby responds to intervenors Minnesota Alliance for Retired Americans Education Fund and Misael Hernandez's Citations of Supplemental Authorities filed November 12, 2026. Intervenors cite three recent district court decisions dismissing claims brought by the United States under the Civil Rights Act of 1960 seeking unredacted statewide voter registration lists. The United States has filed a notice of appeal in one of these cases, *see United States v. Raffensperger*, No. 1:26-cv-485-VMC, 2026 WL 3002013 (N.D. Ga. Sept. 30, 2026), *appeal docketed*, No. 26-14057 (11th Cir. Nov. 3, 2026), and is evaluating next steps in the remaining two, *see United States v. Albence*, No. 1:25-cv-1453-RGA, 2026 WL 3407115 (D. Del. Nov. 10, 2026); *United States v. Henderson*, No. 2:26-cv-166-DBB-DAO, 2026 WL 3181405 (D. Utah Oct. 23, 2026). These recent decisions offer no unique analysis or rationale to inform the issues on appeal. A subsequent court's mere adoption of another court's reasoning does not independently strengthen that reasoning nor warrant any greater persuasive weight. Regardless of how many courts adopt the same position, the persuasive weight of



Appellate Case: 26-2679 Page: 1 Date Filed: 11/18/2026 Entry ID: 5707377

that position should rest solely on its substantive merit. None of the rationales proffered by these courts in support of dismissing the United States' complaints is persuasive for the reasons already briefed by the United States in this case.

Sincerely,

s/ Andrew G. Braniff
Andrew G. Braniff
Attorney
Appellate Section
Civil Rights Division
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
Andrew.Braniff@usdoj.gov
(202) 532-3803

cc: Counsel of Record (via CM/ECF)

## CERTIFICATE OF SERVICE

I certify that on November 18, 2026, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Andrew G. Braniff
Andrew G. Braniff
Attorney